IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MATTHEW NUNN**                                                                                              **PLAINTIFF**

v.                                             Case No.  4:15-cv-00245 KGB

**GEMINI CAPITAL GROUP, LLC,**                                                           **DEFENDANT**

## ORDER

Before the Court is plaintiff Matthew Nunn's motion to dismiss with prejudice (Dkt. No. 12).  The parties have resolved this matter.  Mr. Nunn's motion is granted.  The Court dismisses this action with prejudice.

SO ORDERED this the 8th day of December, 2015.

_____
Kristine G. Baker
United States District Judge